

# THE THIRTEENTH COURT OF APPEALS

## 13-25-00230-CV

DEEP BLUE WATER TRUST
v.
NUECES COUNTY AND CITY OF CORPUS CHRISTI

On Appeal from the
28th District Court of Nueces County, Texas
Trial Court Cause No. 2020DCV-0802-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed. The Court orders the appeal DISMISSED in accordance with its opinion. Costs of the appeal are adjudged against Robert Rayburn Corder IV.

We further order this decision certified below for observance.

July 13, 2025